ACCEPTED
01-15-00399-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/2/2015 10:52:13 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00399-CR

In the

**Court of Appeals**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/2/2015 10:52:13 AM

CHRISTOPHER A. PRINE
Clerk

For the

**First District of Texas**

At Houston

_____

**Trial Court Cause No. 1391752**
In the 339th District Court
of Harris County, Texas

_____

**DENE RAY McCARTER,**
*Appellant*
v.
**THE STATE OF TEXAS**,
*Appellee*

_____

**2ND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

_____

> **VIVIAN R. KING**
> **State Bar No. 00784399**
> **2202 Alabama St.**
> **Houston, Texas    77004**
> **(713) 222-2019** Office
> **(877) 753-6706** eFax
> **Appointed Attorney for Appellant**

**TO THE HONORABLE COURT OF APPEALS:**

**NOW COMES** DENE RAY McCARTER, the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, pursuant to **TEX. R. APP. PROC. Rules 10.5 (b)(2) and 38.6(n)**, and in support thereof would show the Court as follows:

I.

The Appellant in this cause was convicted by a jury of Murder in the 339th District Court of Harris County, Texas in cause number 1391752 and Appellant was sentenced to 52 years in Prison in the Texas Department of Corrections, Institutional Division. Notice of Appeal was properly filed on December 04, 2014.

II.

The Clerk's record was properly filed on June 15, 2015.

The Reporter's record was filed on July 09, 2015.

The Exhibits were filed on July 15, 2015.

This is a voluminous record. The case is complicated.

III.

One previous extension has been granted.

Appellant's attorney is requesting an extension to November 06, 2015 to file Appellant's Brief.

IV.

Appellant's attorney is requesting this extension of time to file Appellant's Brief due to weekly trial settings and other cases requiring research and court appearances, and, specifically a 25 to Life case set on Monday, November 02, 2015 in the 179th District Court (Casue #1450399).

This motion is not made for delay, but instead, to ensure effective assistance of counsel.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court grant this extension to November 06, 2015.

**RESPECTFULLY SUBMITTED,**
/s/ *Vivian R. King*
**VIVIAN R. KING**
Texas Bar No.  00784399
2202 Alabama St.
Houston, Texas   77004
(713) 222-2019  office
(877) 753-6706  e Fax
VivianRKing@msn.com Email

**CERTIFICATE OF SERVICE**

As Attorney of Record for Appellant, I do hereby certify that a true and correct copy of the above and foregoing document was emailed to Appellate Division and efiled with the office of the Honorable Devon Anderson, Harris County District Attorney, on November 02, 2015.

/s/ *Vivian R. King*